No. 105. SLAGLE ET AL. v. OHIO. Appeal from the Supreme Court of Ohio. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Thelma C. Furry* for appellants.

No. 225. MARCUS ET AL. v. SEARCH WARRANT OF PROPERTY AT 104 EAST TENTH STREET, KANSAS CITY, MISSOURI, ET AL. Appeal from the Supreme Court of Missouri. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Morris A. Shenker, Bernard J. Mellman* and *Sidney M. Glazer* for appellants.

No. 284. INTERNATIONAL LADIES' GARMENT WORKERS' UNION, AFL–CIO, v. NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Morris P. Glushien, L. N. D. Wells, Jr.* and *Ruth Weyand* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Herman M. Levy* for the National Labor Relations Board, respondent.

No. 106. ALASKA v. ARCTIC MAID ET AL. C. A. 9th Cir. Certiorari granted. *Ralph E. Moody,* Attorney General of Alaska, and *Gary Thurlow,* Deputy Attorney General, for petitioner.

No. 122. PIEMONTE v. UNITED STATES. C. A. 7th Cir. Certiorari granted. *Melvin B. Lewis* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States.